UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:11-cr-12-01 SEB-MGN |
| vs. | ) | |
| | ) | |
| MATTHEW OHLMANN, | ) | |
| | ) | |
| Defendant. | ) | |

The Honorable Sarah Evans Barker, Judge
Entry for December 21, 2011

On this date, Defendant appeared in person together with his CJA counsel Patrick Renn and the Government appeared by AUSA Steve DeBrota together with the Government's investigative agent, Alan George, for a change of plea and sentencing hearing. Diane Asher appeared on behalf of the United States Probation Office. The hearing was reported by Court Reporter, Laura Howie-Walters.

- ! Before the hearing began, the parties filed their Stipulated Factual Basis with the Courtroom Deputy.

- ! Based on the parties' consent and agreement, the Court permitted the parties to amend Count I of the Information by interlineation as reflected on the record.

- ! Defendant was advised of his rights and the possible penalties.

- ! The Court accepted the parties' written Stipulated Factual Basis as a sufficient basis for the plea.

- ! Defendant pleaded guilty to Counts I and II of the Information.

- ! The Court accepted Defendant's guilty plea and Defendant was adjudged guilty of Counts I and II of Information.

- ! The parties were heard with respect to the sentence and application of the Sentencing

> Guidelines.

! Sentence was imposed as stated on the record, including:
> <u>Special Assessment</u>: $200.00
> <u>Incarceration</u>: 84 months
> <u>Supervised Release:</u> Life – Defendant shall not possess pornography, erotica, or like materials.  Defendant shall not possess or use a computer, unless he agrees to monitoring by the USPO.  Defendant shall participate in a program for the treatment of sex offenders.  Defendant shall not have any unsupervised contact with any minor children without USPO prior approval.
> <u>Fine</u>: $0.

! The Court will recommend to the Bureau of Prisons that Defendant's term of incarceration be served in a facility as close to home as possible where he can get appropriate treatment for his sexual disorder(s).

! Defendant remanded to the custody of the U.S. Marshal.

! The proceedings were adjourned.


Copies to:

Steven D. DeBrota
UNITED STATES ATTORNEY'S OFFICE
steve.debrota@usdoj.gov

Patrick J. Renn
prenn@600westmain.com