## Budget Detail Report For Defendant
## 4:11-CR-00012-1-SEB-MGN

| Counsel Budget | Defendant: MATTHEW OHLMANN |
|---|---|
| Type of Representation: | Criminal Case |
| Budget Amount Requested: | $0.00 |
| Budget Amount Approved: | $9,700.00 |

| Time Period For Voucher | Voucher Number | Pending | | | | Approved | | | | Amount Remaining | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | | Total | Fees | Expenses | | Total | After Approved | After Approved And Pending |
| | | | Travel | Other | | | Travel | Other | | | |
| **Attorney: Patrick J. Renn   (Appointing Counsel)** | | | | **Active** | | | | | | | |
| 03/03/2011 to 12/21/2011 | 0756.0000364 | $0.00 | $0.00 | $0.00 | $0.00 | $5,712.50 | $132.60 | $0.00 | $5,845.10 | $3,987.50 | $3,987.50 |
| | | | | Total Pending: | $0.00 | | | Total Approved: | $5,845.10 | $3,987.50 | $3,987.50 |

| Grand Totals for the Representation | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **NOTE:** The Grand Totals include Counsel CJA20 or CJA30 vouchers as well as vouchers for Expert or Services on CJA21 or CJA31. They represent the total submitted expenditures for this representation. | Pending | | | | Approved | | | | Combined Total |
| | Fees | Expenses | | Total | Fees | Expenses | | Total | Approved and Pending |
| | | Travel | Other | | | Travel | Other | | Fees / Fees and Expenses |
| | $0.00 | $0.00 | $0.00 | $0.00 | $5,712.50 | $132.60 | $0.00 | $5,845.10 | $5,712.50 / $5,845.10 |