PROB 22
(Rev. 9/13)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER (Transferring Court) | 4:11CR00012-1 |
| DOCKET NUMBER (Receiving Court) | 3:17CR-62-GNS |

**NAME & ADDRESS OF PROBATIONER/SUPERVISED RELEASEE**

Matthew Ohlmann
Louisville, Kentucky

| DISTRICT | DIVISION |
|---|---|
| SD/IN | Indianapolis |

**NAME OF SENTENCING JUDGE**
The Honorable Sarah Evans Barker
U.S. District Court Judge

| DATES OF PROBATION/SUPERVISED RELEASE | FROM April 7, 2017 | TO Life |
|---|---|---|

## OFFENSE

Ct. 1 Distribution/Receipt of Child Pornography by Means of a Computer
Ct. 2 Possession of Child Pornography

### PART 1 - ORDER TRANSFERRING JURISDICTION

United States District Court for the Southern District of Indiana

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Western District of Kentucky upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

4/26/2017
Date

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

United States District Court for the Western District of Kentucky

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

May 1, 2017
Date

Greg N. Stivers, Judge
United States District Court
United States District Judge